■ In the Matter of MARY ANN SCHADT et al., Appellants, v BARBARA WALLACE et al., Respondents.(Appeal No. 1.) [603 NYS2d 781] —Order unanimously affirmed without costs. Memorandum: We affirm for the reasons stated in *Matter of Ehle v Wallace* (195 AD2d 1086). We have reviewed petitioners' remaining contentions and find them to be without merit. (Appeal from Order of Supreme Court, Onondaga County, Pooler, J.—Election Law.) Present—Callahan, J. P., Lawton, Fallon, Boomer and Boehm, JJ. (Filed Aug. 20, 1993.)

■ In the Matter of MARY ANN SCHADT et al., Appellants, v BARBARA WALLACE et al., Respondents. (Appeal No. 3.) [603 NYS2d 782] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Schadt v Wallace* ([appeal No. 1] 197 AD2d 838 [decided herewith]). (Appeal from Order of Supreme Court, Onondaga County, Pooler, J.—Election Law.)

Present—Callahan, J. P., Lawton, Fallon, Boomer and Boehm, JJ. (Filed Aug. 20, 1993.)